**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00523-CR

**JERRY WAYNE FORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F2076542**

## ORDER

Appellant's second motion for extension of time to file his brief is

**GRANTED**, and we **ORDER** the brief filed on or before **FEBRUARY 16, 2023**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE